**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6980**

---

RODNEY EUGENE SMITH, Secured Party,

Petitioner - Appellant,

and

PEOPLE OF THE UNITED STATES, ex rel; RAYMOND
LEWIS O'FANNIN, next best friend in the matter
of,

Petitioners,

versus

MR. HUPPENTHAL, as sheriff/jailer of Southern
Regional Jail; DAVID A. FABER, doing business
as judge of the United States District Court,

Respondents - Appellees.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield. Charles H. Haden II,
Chief District Judge. (CA-01-239-1)

---

Submitted: November 21, 2001      Decided: December 14, 2001

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Rodney Eugene Smith, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Eugene Smith appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>People of the United States v. Huppenthal</u>, No. CA-01-239-1 (S.D.W. Va. Apr. 26, 2001). We deny Smith's motion for immediate hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2